JS-6
Entered

**FILED**
CLERK, U.S. DISTRICT COURT

January 21, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: KH DEPUTY

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO (SEE BELOW) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE

TO:  DATE:  DEPUTY CLERK:
Petitioner  1/21/15  klh

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE BROWN,<br><br>    Petitioner,<br><br>  vs.<br><br>AMY MILLER, Warden,<br><br>    Respondent. | Case No. EDCV 14-1864 RNB<br><br>**J U D G M E N T** |

In accordance with the Memorandum Opinion and Order filed herewith, IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: January 21, 2015

*/s/ Robert N. Block*

ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE